UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR TAVERAS, on behalf of himself and all others similarly situated<br><br>                              Plaintiffs,<br><br>                -v.-<br><br>AUDRY MINI-MARKET, INC., SANTANA LANTIGUA,<br><br>                              Defendants. | 20 Civ. 5080 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 4, 2020, the Court received a letter and supporting papers from Borelli & Associates P.L.L.C., Plaintiff's former counsel in this matter, moving to withdraw as Plaintiff's attorneys of record and requesting that the Court schedule a conference to discuss counsel's charging lien.  (Dkt. #11-12).  Counsel informed the Court that Plaintiff appeared to have settled his claims against the Defendants without their knowledge or involvement.  On December 7, 2020, the Court granted counsel's motion to withdraw, and ordered Plaintiff and the Defendants to file any responses to counsel's submissions on or before December 15, 2020.  (Dkt. #13).  Having received no responses from either Plaintiff or the Defendants, the Court hereby ORDERS the parties and Plaintiff's former counsel to appear for a conference in this matter on **Monday, December 21, 2020, at 3:00 p.m.**

The conference will take place by telephone conference.  The dial-in information is as follows: At 3:00 p.m. the parties shall call (888) 363-4749 and

2

enter access code 5123533.  Please note, the conference will not be available prior to 3:00 p.m.

The Court directs Borrelli & Associates to transmit a copy of this Order to Plaintiff and the Defendants through any means they have previously used to communicate with the parties.

SO ORDERED.

Dated:     December 17, 2020
           New York, New York

                                   KATHERINE POLK FAILLA
                                   United States District Judge