UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR TAVERAS, on behalf of himself and all others similarly situated<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>AUDRY MINI-MARKET, INC., SANTANA LANTIGUA,<br><br>                              Defendants. | 20 Civ. 5080 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled in this matter for December 21, 2020, is hereby ADJOURNED to **Wednesday, December 23, 2020, at 2:00 p.m.**, as the Court understands that Plaintiff's former counsel did not receive sufficient notice of the conference given their termination from the docket.

The conference will take place by telephone conference. The dial-in information is as follows: At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:00 p.m.

The Court will email this Order to Plaintiff's former counsel. The Court directs Plaintiff's former counsel to transmit a copy of this Order to Plaintiff and the Defendants through any means they have previously used to communicate with the parties.

2

SO ORDERED.

Dated:     December 21, 2020
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2