UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR TAVERAS, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>-v.-<br><br>AUDRY MINI-MARKET, INC., SANTANA LANTIGUA,<br><br>Defendants. | 20 Civ. 5080 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    There is currently a conference scheduled in this matter for today, April 30, 2021, at 3:00 p.m. Earlier today, the Court received by email a joint request from Plaintiff's former counsel and Defendant Lantigua to adjourn the conference, as the parties are in the process of discussing a resolution to the remaining issues in this matter. The Court accordingly ADJOURNS the conference to May 21, 2021, at 10:00 a.m. The parties are directed to submit a letter on or before May 18, 2021, apprising the Court of the status of their settlement discussions.

    The conference will take place by telephone conference. The dial-in information is as follows: At 3:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:00 p.m. As it has done on prior occasions, the Court will arrange for an interpreter to join the conference to translate on behalf of Defendant Lantigua.

The Court will email this Order to Plaintiff's former counsel, as they have been terminated from the docket pursuant to their motion to withdraw. The Court directs Plaintiff's former counsel to transmit a copy of this Order to Plaintiff and Defendants through any previously-used means of communication.

SO ORDERED.

Dated: April 30, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge